IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS JEROME FUSELIER,

    Plaintiff,

v.

LA CROSSE COUNTY,

    Defendant.

JUDGMENT IN A CIVIL CASE

13-cv-650-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant La Crosse County granting its motion for summary judgment and dismissing this case.

| /s/ | 12/10/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |